DAVID B. LOWRY
9900 SW Greenburg Road
Columbia Business Center, Suite 130
Portland, Oregon 97223
(503) 245-6309
OSB NO. 73372

Attorney for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

**Jerry Day**

    **Plaintiff,**

 **vs.**           **Civil No. 08-cv-0944-JE**

**Commissioner of Social Security**

   **Defendant.**      **ORDER GRANTING AWARD**
              **OF EAJA FEES**

    Pursuant to Stipulation, and good cause appearing therefore,

    IT IS ORDERED, ADJUDGED and DECREED that the plaintiff is granted judgment

against defendant for expenses in the amount of $8.05, costs in the amount of $15.70, and

attorney's fees in the amount of $5,495.56, pursuant to EAJA, 28 U.S.C. § 2412 and 28 U.S.C. §

1920.  Payment should be made to plaintiff's attorney

Done this **13** day of **May**, 20**10**.

            _____
               Judge

Page 1 - **ORDER GRANTING AWARD OF EAJA FEES**